**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:  Case No. 20-11843-PGH
  Chapter 7
DOMUS CONTEMPORARY LIVING, LLC

  Debtor.
_____/

**TRUSTEE'S MOTION TO DISMISS CASE**

*(Hearing date requested for March 19, 2020 at 9:30 am. This is the same date and time the Court has scheduled a hearing on creditor, Sand Homes, LLC's Motion For Relief From The Automatic Stay [ECF Nos. 12 and 13])*

Marc P. Barmat, as Chapter 7 trustee of the bankruptcy estate of Domus Contemporary Living, LLC (the "Trustee"), hereby files this Motion to Dismiss Case and states the following:

1. This case commenced with the filling of a voluntary petition by the Domus Contemporary Living, LLC (the "Debtor") on February 12, 2020 (the "Petition Date"). Thereafter, Marc P. Barmat was appointed as chapter 7 trustee.

2. The Trustee seeks to dismiss this case as dismissal appears to be in the best interest of the bankruptcy estate and creditors.

3. The only asset listed on Debtor's Schedule A/B is real property valued at $1,480,000. Schedule D identifies the following secured creditors: Sand Homes LLC ($1,227,829.98) and City of Fort Lauderdale ($800.00). [ECF No. 14]

4. On the Debtor's Schedule E/F, there are no unsecured creditors.

5. A corporate chapter 7 bankruptcy has one purpose: to allow an entity breathing space to marshal assets for orderly distribution to creditors. *In re Mortgage America Corp.,* 714 F.2d 1266, 1273 (5th Cir.1983).

6.       When a bankruptcy serves no purpose, results in no benefit for creditors or the chapter 7 debtor, and only delays litigation already pending against the Debtor, there is "cause" to dismiss the case. *In re Cypress Financial Trading Company, L.P.*, 620 Fed.Appx 287 (5th Cir. 2015).

7.       The filing of this chapter 7 was for the sole purpose to delay pending litigation and served no other purpose. Accordingly, the Trustee requests that the Court dismiss this case with prejudice for a period of at least one year.

WHEREFORE, the Trustee, respectfully requests that the Court dismiss this case with prejudice for a period of at least one year, and grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties listed below in the manner indicated on this 11th day of March 2020.

> Marc P. Barmat, Trustee
> 2255 Glades Road, Suite 301E
> Boca Raton, FL 33431
> (561) 395-0500/(561)338-7532-fax
>
> By: /s/ Marc P. Barmat
> MARC P. BARMAT, Trustee

**Served Via Electronic CM/ECF Notice on March 11, 2020**

- Marc P Barmat    barmat.trustee@furrcohen.com, mpb@trustesolutions.net
- John S Jenkins    sjenkins@jsjlawfirm.com, notices@nextchapterbk.com; service@jsjlawfirm.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List Upon Receipt of Notice of Hearing**

All creditors and interested parties enumerated on the attached Court matrix.

Donus Contemporary Living LLC, 920 NE 20th Ave, Fort Lauderdale, FL 33303